**Order entered October 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00173-CV

### TAMI DONALD, ET AL., Appellants

### V.

### BMR DISTRIBUTING, INC., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08127**

## ORDER

Before the Court is appellees' October 14, 2021 unopposed second joint motion for extension of time to file their briefs. We **GRANT** the motion and **ORDER** the briefs be filed no later than November 22, 2021. Because the briefs were first due September 22, 2021, we caution that further extension requests will be disfavored.

/s/    KEN MOLBERG
         JUSTICE